O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>     v.                                                )<br>                                                          )<br>OSCAR RODRIGUEZ ROMERO,  )<br>                                                          )<br>            Defendant.                      )<br>_____) | SA 08-674M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.  ( ) On motion of the Government involving an alleged

    1.  ( ) crime of violence;

    2.  ( ) offense with maximum sentence of life imprisonment or death;

    3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years
        (21 U.S.C. §§ 801,/951, et. seq.,,/955a);

    4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1.  (X)   serious risk defendant will flee;

    2.  ( )   serious risk defendant will

        a. ( )   obstruct or attempt to obstruct justice;

        b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

|    |                                                                                           |
|----|-------------------------------------------------------------------------------------------|
| 1  | II.                                                                                       |
| 2  | The Court finds no condition or combination of conditions will reasonable assure:         |
| 3  | A. ( X )   appearance of defendant as required; and/or                                    |
| 4  | B. ( ) safety of any person or the community;                                             |
| 5  | III.                                                                                      |
| 6  | The Court has considered:                                                                 |
| 7  | A. ( x) the nature and circumstances of the offense;                                      |
| 8  | B. (x) the weight of evidence against the defendant;                                      |
| 9  | C. (x) the history and characteristics of the defendant;                                  |
| 10 | D. ( ) the nature and seriousness of the danger to any person or to the community.        |
| 11 | IV.                                                                                       |
| 12 | The Court concludes:                                                                      |
| 13 | A. ( ) Defendant poses a risk to the safety of other persons or the community because:    |
| 14 |                                                                                           |
| 15 | B. (x )    History and characteristics indicate a serious risk that defendant will flee because: |
| 16 | **Defendant is undocumented.  He has no ties to the community and no bail**               |
| 17 | **resources.**                                                                            |
| 18 |                                                                                           |
| 19 | C. ( ) A serious risk exists that defendant will:                                         |
| 20 | 1. ( )   obstruct  or  attempt to  obstruct  justice;                                     |
| 21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because:                        |
| 22 |                                                                                           |
| 23 | D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption  |
| 24 | provided in 18 U.S.C. § 3142 (e).                                                         |
| 25 | ///                                                                                       |
| 26 | ///                                                                                       |
| 27 | ///                                                                                       |
| 28 | ///                                                                                       |

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: December 9, 2008

Marc L. Goldman
U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)            - 3 -                                  Page 3 of 3